No. 71–5909. SWANSON v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 71–415. COLORADO RIVER WATER CONSERVATION DISTRICT v. ROCKY MOUNTAIN POWER CO. ET AL. Sup. Ct. Colo. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–563. ROHRBAUGH ET AL. v. PRESBYTERY OF SEATTLE, INC., ET AL. Sup. Ct. Wash. Motion of Mary Elizabeth Blue Hull Memorial Presbyterian Church, a Georgia Nonprofit Corp., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 71–609. TERMINAL FREIGHT HANDLING CO. ET AL. v. SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD;

No. 71–924. SEARS, ROEBUCK & CO. ET AL. v. SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD; and

No. 71–925. TERMINAL FREIGHT COOPERATIVE ASSN. ET AL. v. SOLIEN, REGIONAL DIRECTOR, NATIONAL LABOR RELATIONS BOARD, ET AL. C. A. 8th Cir. Motions of Sears, Roebuck & Co. for leave to intervene in Nos. 71–609 and 71–925 denied. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions and petitions. Reported below: No. 71–609, 444 F. 2d 699; No. 71–924, 450 F. 2d 353.

No. 71–874. FELTMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.